Mark E. Brennan
Robblee Brennan & Detwiler
1100 Olive Way, Suite 1620
Seattle, WA 98101
(206)467-6700

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

NORTHWEST SHEET METAL WORKERS WELFARE FUND, et al.,

Plaintiffs,

v.

MORRISON CONSTRUCTION SERVICES, INC.,

Defendant,

and

BANK OF AMERICA (Richland Branch),

Garnishee.

NO. CV-04-5015-AAM

**JUDGMENT ON ANSWER OF GARNISHEE**

(Clerk's Action Required)

ROBBLEE BRENNAN & DETWILER
ATTORNEYS at LAW
1620 METROPOLITAN PARK TOWERS
1100 OLIVE WAY • SEATTLE, WA 98101-1827
206.467.6700 • 206.467.7589 facsimile

## GARNISHMENT JUDGMENT SUMMARY

| | | |
|---|---|---|
| 1. | Judgment Creditors: | NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL, et al. |
| 2. | Judgment Debtor on Underlying Judgment: | MORRISON CONSTRUCTION SERVICES, INC. |
| 3. | Judgment Debtor on Garnishment (Garnishee): | BANK OF AMERICA (Richland Branch) |
| 4. | Garnishment Judgment Amount: | $184.79 |
| 5. | Recoverable Garnishment Costs: | $203.00 |
| | Writ Issuance/Filing Fee | $30.00 |
| | Postage & Costs of Certified Mail | 15.50 |
| | Clerk's Trust Check Fee | 20.00 |
| | Garnishment Attorney's Fee | 137.50 |
| 6. | Judgment Amount, Fees and Costs shall bear interest at 3.28% per annum | |
| 7. | Attorney for Judgment Creditor: | Mark E. Brennan |

THIS MATTER having come on regularly for hearing this day upon the application of the plaintiffs, for judgment on the answer of garnishee BANK OF AMERICA (Richland Branch); it appearing that said Garnishee has filed its answer herein stating that it holds funds of the Judgment Debtor defendant MORRISON



ROBBLEE BRENNAN & DETWILER
ATTORNEYS at LAW
1620 METROPOLITAN PARK TOWERS
1100 OLIVE WAY • SEATTLE, WA 98101-1827
206.467.6700 • 206.467.7589 facsimile

CONSTRUCTION SERVICES, INC., in the sum of $184.79; that plaintiffs have a judgment unsatisfied against the Judgment Debtor defendant MORRISON CONSTRUCTION SERVICES, INC. in the amount of $36,403.00, including interest through the date the Writ of Garnishment issued; that plaintiffs' costs in this garnishment action are stated above; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee's answer thereto; that an Affidavit of Mailing and Return of Service, showing service of the Writ of Garnishment plus a copy of the Judgment entered by the above-entitled court upon the Judgment Debtor either by personal service or by Certified Mail, is on file herein.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiffs shall have judgment against the garnishee BANK OF AMERICA (Richland Branch) in the sum stated in Line 4 of the Garnishment Judgment Summary herein; such funds to be first applied in satisfaction of the costs and fees taxable herein.

ROBBLEE BRENNAN & DETWILER
ATTORNEYS at LAW

1620 METROPOLITAN PARK TOWERS
1100 OLIVE WAY • SEATTLE, WA 98101-1827
206.467.6700 • 206.467.7589 facsimile

2. Garnishee BANK OF AMERICA (Richland Branch) shall deposit with the registry of the Court the sum of $184.79. Upon the deposit of said sum the clerk shall disburse that amount less a handling fee to Plaintiffs' counsel.

3. Upon payment by garnishee BANK OF AMERICA (Richland Branch) of the aforementioned sum into the registry of this Court, said Garnishee shall be discharged from this action. Upon receipt of said sum, the Clerk of the Court shall enter a full satisfaction of the judgment against garnishee BANK OF AMERICA (Richland Branch).

4. Upon receipt of the aforementioned payment from garnishee BANK OF AMERICA (Richland Branch), the Clerk of the Court shall disburse to plaintiffs' attorneys said sum and shall enter partial satisfaction of the prior judgment against Judgment Debtor defendant MORRISON CONSTRUCTION SERVICES, INC. in the amount of the payment received from garnishee BANK OF AMERICA (Richland Branch).

DATED this 21st day of February, 2007.

s/ Alan A. McDonald
Senior U.S. District Judge

ROBBLEE BRENNAN & DETWILER
ATTORNEYS at LAW

1620 METROPOLITAN PARK TOWERS
1100 OLIVE WAY • SEATTLE, WA 98101-1827
206.467.6700 • 206.467.7589 facsimile

Presented by:

s/ Mark E. Brennan
WSBA No. 8389
Attorney for Plaintiffs
Robblee Brennan & Detwiler, P.L.L.P.
1100 Olive Way, Suite 1620
Seattle, WA 98101
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: mbrennan@unionattorneysnw.com

## UNDERLYING JUDGMENT BALANCE ITEMIZATION

1. Prior Judgment Balance $43,417.69

2. Judgment Interest From Date of Entry of Judgment to Date on Writ of Garnishment $39.02

3. Recoverable Garnishment Costs:

| | |
|---|---|
| Writ Issuance/Filing Fee | $30.00 |
| Postage & Costs of Certified Mail | 15.50 |
| Clerk's Trust Check Fee | 20.00 |
| Garnishment Attorney's Fee | 137.50 |
| Total Recoverable Costs $203.00 | |

4. Judgment Interest From Date of Writ of Garnishment to Entry of Judgment on Answer of Garnishee $94.08

5. Total Amount Due Judgment Creditor $36,700.08

6. Less Judgment Sum Paid by Garnishee $184.79

7. Remaining Judgment Balance Owed by Judgment Debtor $36,515.29

JudgmentonAnswerofgarnishee.doc

ROBBLEE BRENNAN & DETWILER
ATTORNEYS at LAW
1620 METROPOLITAN PARK TOWERS
1100 OLIVE WAY • SEATTLE, WA 98101-1827
206.467.6700 • 206.467.7589 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

MORRISON CONSTRUCTION SERVICES, INC.
1990 Saint Street
Richland, WA 99352

BANK OF AMERICA (Richland Branch)
1007 Knight Street
Richland, WA 99352-4221

s/ Mark E. Brennan
WSBA No. 8389
Attorney for plaintiffs
Robblee Brennan & Detwiler, P.L.L.P.
1100 Olive Way, Suite 1620
Seattle, WA 98101
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: mbrennan@unionattorneysnw.com

**JUDGMENT ON ANSWER OF GARNISHEE - CV-04-5015-AAM - 7**

ROBBLEE BRENNAN & DETWILER
ATTORNEYS at LAW
1620 METROPOLITAN PARK TOWERS
1100 OLIVE WAY • SEATTLE, WA 98101-1827
206.467.6700 • 206.467.7589 facsimile